175 So.2d 111

**Succession of Lillie Weir SIMMS, widow of Edward F. Simms.**

No. 47707.

May 26, 1965.

In re: Benjamin F. Kitchen III, Elizabeth F. Kitchen and Philip Masquelette, under-tutor of said minors, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Plaquemines. 175 So.2d 113.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

175 So.2d 111

**Succession of Thomas Charles MULQUEENY.**

No. 47709.

May 26, 1965.

In re: Dorothy Blackmar, Margaret Blackmar and Alicia Blackmar Anderson

applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 172 So.2d 326.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

175 So.2d 111

**Succession of Lillie Weir SIMMS, Widow of Edward F. Simms.**

No. 47713.

May 26, 1965.

In re: Dr. Benjamin F. Kitchen, Jr., Tutor of the Minor, Benjamin F. Kitchen III, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Plaquemines. 175 So.2d 113.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.